No. 96–1691.   ORR v. YUHAS.   C. A. 3d Cir.   Certiorari denied.

No. 96–1704.   SANDRA B. ET AL. v. O'CONNOR, DIRECTOR, MILWAUKEE COUNTY DEPARTMENT OF HUMAN SERVICES, ET AL. Ct. App. Wis.   Certiorari denied.

No. 96–1713.   SKEENS v. ARIZONA.   Ct. App. Ariz.   Certiorari denied.

No. 96–1724.   HOSCH v. GEORGIA DEPARTMENT OF HUMAN RESOURCES ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 96–1725.   SCALLET v. ROSENBLUM ET AL.   C. A. 4th Cir. Certiorari denied.

No. 96–1727.   FETNER v. HAGGERTY ET AL.   C. A. D. C. Cir. Certiorari denied.

No. 96–1730.   BERSHATSKY v. LEVIN, COMMISSIONER OF JURORS, KINGS COUNTY, NEW YORK, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 96–1747.   LEW v. ROSEMOUNT, INC.   C. A. Fed. Cir.   Certiorari denied.

No. 96–1783.   OFFICE OF THE PRESIDENT v. OFFICE OF INDEPENDENT COUNSEL ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 96–1784.   JAISINGHANI v. PATCHETT.   C. A. 11th Cir.   Certiorari denied.

No. 96–1807.   SANCHEZ v. ECTOR COUNTY ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 96–1810.   ROSENBAUM v. ROSENBAUM (two judgments). App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 96–1823.   TUCKER ET AL. v. DEPARTMENT OF THE NAVY ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 96–1825.   BODDIE v. UNITED STATES.   C. A. Fed. Cir. Certiorari denied.